UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
JOEL ABRAMS, *et al.*,

                            Plaintiffs,

            -against-

                                                    Case No. 07 Civ. 09806 (AKH)

WASHINGTON MUTUAL, INC., *et al.*,

                            Defendants.

-----------------------------------------------------------------x

## NOTICE OF MDL FILING

PLEASE TAKE NOTICE that defendant Washington Mutual, Inc. ("WaMu"), by and through its undersigned attorneys, has filed a motion to transfer to the U.S. District Court for the Western District of Washington, and to coordinate or consolidate for pretrial proceedings under 28 U.S.C. § 1407, all related actions, including the above-captioned case. Pursuant to Rule 5.2(b) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, WaMu hereby provides the Court copies of the following motion and supporting papers served on all interested parties, filed with the Clerk of the Judicial Panel on Multidistrict Litigation, and appended hereto:

    1.    Motion to Transfer and Coordinate or Consolidate;

    2.    Brief in Support of Motion;

    3.    Schedule of Actions;

    4.    Notice of Appearance; and

    5.    WaMu's Corporate Disclosure Statement

Dated:   November 28, 2007

                          SIMPSON THACHER & BARTLETT LLP

By  _____
      Barry R. Ostrager
      Mary Kay Vyskocil
      David Woll
      425 Lexington Avenue
      New York, New York 10017
      Telephone: (212) 455-2000
      Facsimile: (212) 455-2502

            *-and-*

      Robert J. Pfister
      1999 Avenue of the Stars, 29th Floor
      Los Angeles, California 90067
      Telephone: (310) 407-7500
      Facsimile: (310) 407-7502

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2007, I filed a copy of foregoing NOTICE OF MDL FILING via the Court's Electronic Case Filing (ECF) system, and that notice thereof will be sent by electronic mail to all parties of record by operation of the ECF system.

_[signature]_
_____