BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE WASHINGTON MUTUAL, INC. )
SECURITIES, DERIVATIVE AND ) MDL Docket No. _____
"ERISA" LITIGATION )
)
)

SCHEDULE OF ACTIONS

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Dennis Koesterer, On Behalf of Himself and All Others Similarly Situated<br><br>**Defendants:**<br>Washington Mutual, Inc., Kerry K. Killinger, David C. Schneider and Thomas W. Casey | S.D. New York | 07 Civ. 9801 | Colleen McMahon |
| **Plaintiffs:**<br>Joel Abrams and Brian Roffe, Individually and On Behalf of All Others Similarly Situated<br><br>**Defendants:**<br>Washington Mutual, Inc., Kerry K. Killinger, Stephen J. Rotella and Thomas W. Casey | S.D. New York | 07 Civ. 9806 | Alvin K. Hellerstein |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Mark Nelson, Individually and On Behalf of All Others Similarly Situated<br><br>**Defendants:**<br>John F. Woods, James B. Corcoran, Thomas W. Casey, Stephen Rotella, Kerry K. Killinger, and Washington Mutual, Inc. | W.D. Washington | C07-1809 | Marsha J. Pechman |
| **Plaintiffs:**<br>Tom Sneva, Derivatively on Behalf of Washington Mutual, Inc.<br><br>**Defendants:**<br>Kerry K. Killinger, Stephen Rotella, Thomas W. Casey, James B. Corcoran, John F. Woods, Anne V. Farrell, Stephen E. Frank, Thomas C. Leppert, Charles M. Lillis, Phillip D. Matthews, Regina T. Montoya, Michael K. Murphy, Mary E. Pugh, William G. Reed, Jr., Orin C. Smith and James H. Stever<br><br>**Nominal Defendant:**<br>Washington Mutual, Inc. | W.D. Washington | C07-1826 | Ricardo S. Martinez |
| **Plaintiffs:**<br>Lynne Harrison, Derivatively on Behalf of Washington Mutual, Inc.<br><br>**Defendants:**<br>Kerry K. Killinger, Stephen Rotella, Thomas W. Casey, James B. Corcoran, John F. Woods, Anne V. Farrell, Stephen E. Frank, Thomas C. Leppert, Charles M. Lillis, Phillip D. Matthews, Regina T. Montoya, Michael K. Murphy, Mary E. Pugh, William G. Reed, Jr., Orin C. Smith and James H. Stever<br><br>**Nominal Defendant:**<br>Washington Mutual, Inc. | W.D. Washington | C07-1827 | John C. Coughenour |

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Gregory Bushansky, Individually and On Behalf of All Others Similarly Situated<br><br>**Defendants:**<br>Washington Mutual, Inc. Anne V. Farrell, Stephen E. Frank, Kerry K. Killinger, Thomas C. Leppert, Charles M. Lillis, Phillip D. Matthews, Regina T. Montoya, Michael K. Murphy, Margaret Osmer McQuade, Mary E. Pugh, William G. Reed, Jr. Orin C. Smith, James H. Stever, Daryl D. David and John and Jane Does 1-20 | W.D. Washington | C07-1874 | Richard A. Jones |
| **Plaintiffs:**<br>Vincent Bussey, Individually and On Behalf of All Others Similarly Situated<br><br>**Defendants:**<br>Washington Mutual, Inc., Kerry K. Killinger, Washington Mutual, Inc. Human Resources Committee, Stephen E. Frank, Charles M. Lillis, Phillip D. Matthews, Margaret Osmer McQuade, James H. Stever, Washington Mutual, Inc. Plan Administration Committee, Daryl D. David, Washington Mutual, Inc. Plan Investment Committee and John Does 1-10 | W.D. Washington | C07-1879 | Robert S. Lasnik |

3