BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE WASHINGTON MUTUAL, INC. )<br>SECURITIES, DERIVATIVE AND )<br>"ERISA" LITIGATION ) | MDL Docket No. _____ |

TO:  Clerk of the Panel
     Judicial Panel on Multidistrict Litigation
     Thurgood Marshall Federal Judiciary Building
     One Columbus Circle, N.E., Room G-255, North Lobby
     Washington, DC 20002-8004

## NOTICE OF APPEARANCE

In compliance with 5.2(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the defendant listed below. I am aware that only one attorney can be designated for each party.

Name and Address of Designated Attorney:

Barry R. Ostrager
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

Represented Party:

    Washington Mutual, Inc. (Defendant)

Short Case Captions (those cases pending in federal court in which plaintiffs purport to have served defendant Washington Mutual, Inc.):[1]

*Dennis Koesterer v. Washington Mutual, Inc., et al.*, No. 07 Civ. 9801 (S.D.N.Y.)

*Joel Abrams v. Washington Mutual, Inc., et al.*, No. 07 Civ. 9806 (S.D.N.Y.)

*Mark Nelson v. John F. Woods, et al.*, No. C07-1809 (W.D. Wash)

*Tom Sneva v. Kerry K. Killinger, et al.*, No. C07-1826 (W.D. Wash)

*Lynne Harrison v. Kerry K. Killinger, et al.*, No. C07-1827 (W.D. Wash)

*Gregory Bushansky v. Washington Mutual, Inc., et al.*, No. C07-1874 (W.D. Wash)

*Vincent Bussey v. Washington Mutual, Inc., et al.*, No. C07-1879 (W.D. Wash)

Dated: November 28, 2007

                                              Respectfully submitted,

                                        By: /s/ Barry Ostrager
                                               Barry R. Ostrager
                                               Mary Kay Vyskocil
                                               David J. Woll
                                               SIMPSON THACHER & BARTLETT LLP
                                               425 Lexington Avenue
                                               New York, NY 10017-3954
                                               (212) 455-2000
                                               (212) 455-2502 (fax)
                                               **Counsel for Washington Mutual, Inc.**

---

[1] By providing this Notice of Appearance to the Clerk of the Panel, Judicial Panel on Multidistrict Litigation, Washington Mutual, Inc. does not waive, and hereby preserves, all defenses in actions to which this MDL proceeding relates, including defenses and objections based on personal jurisdiction and lack of proper service of process.