BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

|  |  |
|---|---|
| IN RE WASHINGTON MUTUAL, INC.<br>SECURITIES, DERIVATIVE AND<br>"ERISA" LITIGATION | )<br>)    MDL Docket No. _____<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT OF WASHINGTON MUTUAL, INC.**

Pursuant to Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Washington Mutual, Inc., by and through its undersigned attorneys, hereby states that it has no parent corporations and that no publicly held company owns 10% or more of Washington Mutual, Inc.'s stock.

Date: November 28, 2007

Respectfully submitted,

_____
Barry R. Ostrager
Mary Kay Vyskocil
David J. Woll
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2700
(212) 455-2502 (fax)
**Counsel for Washington Mutual, Inc.**