*Hellerstein, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JOEL ABRAMS, *et al.*,

                Plaintiffs,

-against-

WASHINGTON MUTUAL, INC., *et al.*,

                Defendants.

------------------------------------------------------------x

Case No. 07 Civ. 09806 (AKH)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07

## STIPULATION AND [PROPOSED] ORDER

    IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel that the time within which defendants may answer, move against or otherwise respond to the Complaint in the above-captioned action is extended to and including the later of: (i) sixty days from the date of this Order; or (ii) thirty days from the date the United States Judicial Panel on Multidistrict Litigation rules on the pending motion to transfer this action to the U.S. District Court for the Western District of Washington; *provided, however,* that if any amended or superseded complaint is filed prior to the expiration of the time limits set out in clauses (i) and (ii), defendants shall have at least thirty days from the date of filing of any such amended or superseded complaint; and

    IT IS FURTHER STIPULATED AND AGREED that Simpson Thacher & Bartlett LLP will accept service of the complaint in this matter on behalf of defendant Kerry K. Killinger.

No prior extensions of time have been granted in this matter, and all parties consent to this request.

Dated: November 28, 2007

        SIMPSON THACHER & BARTLETT LLP

By _____
Barry R. Ostrager
Mary Kay Vyskocil
David Woll
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

-and-

Robert J. Pfister
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502

*Attorneys for Washington Mutual, Inc. and for all other Defendants for the limited purpose of entering into this Stipulation*

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By _____
William J. Doyle II
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Attorneys for Plaintiffs*

SO ORDERED.

_____

No prior extensions of time have been granted in this matter, and all parties consent to this request.

Dated: November 28, 2007

SIMPSON THACHER & BARTLETT LLP

By _____
Barry R. Ostrager
Mary Kay Vyskocil
David Woll
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

-and-

Robert J. Pfister
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone: (310) 407-7500
Facsimile: (310) 407-7502

*Attorneys for Washington Mutual, Inc. and for all other Defendants for the limited purpose of entering into this Stipulation*

COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP

By _____
William J. Doyle II
655 West Broadway, Suite 1900
San Diego, California 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Attorneys for Plaintiffs*

SO ORDERED. 12/3/07