# EXHIBIT A

3 of 4 DOCUMENTS

Copyright 2007 PR Newswire Association LLC.
All Rights Reserved.
PR Newswire

November 5, 2007 Monday 7:18 PM GMT

**LENGTH:** 629 words

**HEADLINE:** Wolf Popper Announces Filing of Securities Class Action Lawsuit Against Washington Mutual, Inc. - WM

**DATELINE:** NEW YORK Nov. 5

**BODY:**

NEW YORK, Nov. 5 /PRNewswire/ -- Wolf Popper LLP has filed a class action lawsuit against Washington Mutual, Inc. ("Washington Mutual")(NYSE:WM) and certain of its officers and directors in the United States District Court for the Southern District of New York, on behalf of investors who purchased Washington Mutual common stock on the open market from July 19, 2006 through October 31, 2007 (the "Class Period"). This is the first action filed against Washington Mutual and alleges claims for securities fraud. The case has been assigned Civil Action No. 07 Civ. 9801.

The complaint charges that during the Class Period Washington Mutual improperly exerted pressure on a third-party appraisal firm, eAppraiseIT (a division of the First American Corporation), to inflate the appraised value of homes used as collateral for loans originated by Washington Mutual. Washington Mutual failed to disclose this scheme, which violated federal and state laws and regulations requiring an independent appraisal process. The inflated appraisals caused Washington Mutual's financial results to be misstated, including causing its loan assets to be overstated while its provision for doubtful accounts and reserves for loan losses were materially understated.

On October 17, 2007, Washington Mutual revealed that its anticipated fourth quarter 2007 writedowns of home loan assets would be $1.3 billion greater than previously disclosed. These writedowns were caused, at least in part, by the impairment of loan assets that were originated based on the inflated appraisals fraudulently orchestrated by the defendants. Between October 17 and October 31, Washington Mutual's stock price declined by $5.19 per share, or 15.6%.

On November 1, 2007, the Attorney General of the State of New York filed a lawsuit against First American Corporation and eAppraiseIT, alleging their complicity in a scheme to provide inflated appraisals to Washington Mutual. On November 1, 2007 and November 2, 2007, following the announcement of the NY AG's lawsuit against First American, Washington Mutual shares fell further, closing at $23.81 on November 2, 2007, down $4.07 per share, or 15%, from the October 31, 2007 closing price.

If you purchased or acquired Washington Mutual common stock during the Class Period, you may move the court no later than January 4, 2008, and request that the Court appoint you as lead plaintiff. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. To be appointed lead plaintiff, the Court must decide that your claim is typical of the claims of other class members, and that you will adequately represent the class. Your share in any recovery will not be enhanced or diminished by the decision whether or not to serve as a lead plaintiff.

Wolf Popper LLP has extensive experience representing shareholders in class actions and has successfully recovered billions of dollars for defrauded investors and shareholders. The reputation and expertise of the firm in shareholder and other class action litigation has been repeatedly recognized by the courts, which have appointed the firm to major positions in complex multi-district and consolidated litigations.

For more information or to pursue your right to be appointed lead plaintiff, please contact:
Wolf Popper LLP
James Harrod, Esq.

Wolf Popper Announces Filing of Securities Class Action Lawsuit Against Washington Mutual, Inc. - WM PR Newswire November 5, 2007 Monday 7:18 PM GMT

```
  845 Third Avenue
  New York, NY 10022
  Tel.: 212.759.4600 or 877.370.7703 (toll free)
  Fax: 212.486.2093 or 877.370.7704 (toll free)
  Email:
irrep@wolfpopper.com
  website:
http://www.wolfpopper.com
/

  Attorney Advertising -- Prior results do not guarantee a similar outcome
```

CONTACT: James Harrod, Esq. of Wolf Popper LLP, +1-212-759-4600 or +1-877-370-7703, irrep@wolfpopper.com

Web site: http://www.wolfpopper.com/

SOURCE Wolf Popper LLP

URL: http://www.prnewswire.com

LOAD-DATE: November 6, 2007

```
<MENU> to return to headlines.                                    EquityNSE
26 <GO> to find next.
 Search  "WOLF*" AND "POP  GO    Options      Related Info      PRN Nov 5 2007 14:18:44
Wolf Popper Announces Filing of Securities Class Action Lawsuit       Page 1/4
Against Washington Mutual, Inc. - WM
```

   NEW YORK, Nov. 5 /PRNewswire/ -- Wolf Popper LLP has filed a class action lawsuit against Washington Mutual, Inc. ("Washington Mutual") (NYSE: WM) and certain of its officers and directors in the United States District Court for the Southern District of New York, on behalf of investors who purchased Washington Mutual common stock on the open market from July 19, 2006 through October 31, 2007 (the "Class Period"). This is the first action filed against Washington Mutual and alleges claims for securities fraud. The case has been assigned Civil Action No. 07 Civ. 9801.

   The complaint charges that during the Class Period Washington Mutual improperly exerted pressure on a third-party appraisal firm, eAppraiseIT (a division of the First American Corporation), to inflate the appraised value of homes used as collateral for loans originated by Washington Mutual. Washington Mutual failed to disclose this scheme, which violated federal and state laws and regulations requiring an independent appraisal process. The inflated appraisals caused Washington Mutual's financial results to be misstated, including causing its loan assets to be overstated while its

```
Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410  Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000      Copyright 2007 Bloomberg Finance L.P.
                                                                               G718-429-0 12-Dec-2007 15:04:10
```

```
<MENU> to return to headlines.                                EquityNSE
26 <GO> to find next.
 Search  "WOLF*" AND "POP" GO |  Options  |  Related Info  |   PRN Nov 5 2007 14:18:44
Wolf Popper Announces Filing of Securities Class Action Lawsuit    Page 2/4
provision for doubtful accounts and reserves for loan losses were materially
understated.

    On October 17, 2007, Washington Mutual revealed that its anticipated
fourth quarter 2007 writedowns of home loan assets would be $1.3 billion
greater than previously disclosed.  These writedowns were caused, at least in
part, by the impairment of loan assets that were originated based on the
inflated appraisals fraudulently orchestrated by the defendants.  Between
October 17 and October 31, Washington Mutual's stock price declined by $5.19
per share, or 15.6%.

    On November 1, 2007, the Attorney General of the State of New York filed a
lawsuit against First American Corporation and eAppraiseIT, alleging their
complicity in a scheme to provide inflated appraisals to Washington Mutual.
On November 1, 2007 and November 2, 2007, following the announcement of the NY
AG's lawsuit against First American, Washington Mutual shares fell further,
closing at $23.81 on November 2, 2007, down $4.07 per share, or 15%, from the
October 31, 2007 closing price.

    If you purchased or acquired Washington Mutual common stock during the
Class Period, you may move the court no later than January 4, 2008, and
Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410  Hong Kong 852 2977 6000
Japan 81 3 3201 8900      Singapore 65 6212 1000      U.S. 1 212 318 2000   Copyright 2007 Bloomberg Finance L.P.
                                                                    G718-429-0 12-Dec-2007 15:04:15
```

```
<MENU> to return to headlines.                                    EquityNSE
26 <GO> to find next.
 Search  "WOLF*" AND "POP  GO      Options       Related Info      PRN Nov 5 2007 14:18:44
Wolf Popper Announces Filing of Securities Class Action Lawsuit    Page 3/4
```

request that the Court appoint you as lead plaintiff.  A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. To be appointed lead plaintiff, the Court must decide that your claim is typical of the claims of other class members, and that you will adequately represent the class.  Your share in any recovery will not be enhanced or diminished by the decision whether or not to serve as a lead plaintiff.

   Wolf Popper LLP has extensive experience representing shareholders in class actions and has successfully recovered billions of dollars for defrauded investors and shareholders.  The reputation and expertise of the firm in shareholder and other class action litigation has been repeatedly recognized by the courts, which have appointed the firm to major positions in complex multi-district and consolidated litigations.

   For more information or to pursue your right to be appointed lead plaintiff, please contact:

   Wolf Popper LLP
   James Harrod, Esq.
   845 Third Avenue

```
Australia 61 2 9777 8600  Brazil 5511 3048 4500  Europe 44 20 7330 7500  Germany 49 69 920410  Hong Kong 852 2977 6000
Japan 81 3 3201 8900    Singapore 65 6212 1000    U.S. 1 212 318 2000    Copyright 2007 Bloomberg Finance L.P.
                                                                          G718-429-0 12-Dec-2007 15:05:20
```

```
<MENU> to return to headlines.                                    EquityNSE
26 <GO> to find next.
 Search  "WOLF*" AND "POP" GO  Options    Related Info    PRN Nov 5 2007 14:18:44
Wolf Popper Announces Filing of Securities Class Action Lawsuit    Page 4/4
    New York, NY 10022
    Tel.: 212.759.4600 or 877.370.7703 (toll free)
    Fax: 212.486.2093 or 877.370.7704 (toll free)
    Email: irrep@wolfpopper.com
    website: www.wolfpopper.com

    Attorney Advertising -- Prior results do not guarantee a similar outcome


SOURCE  Wolf Popper LLP


CONTACT:
James Harrod, Esq. of Wolf Popper LLP, +1-212-759-4600 or +1-877-370-7703,
irrep@wolfpopper.com
-0- Nov/05/2007 19:18 GMT
```

Yahoo!  My Yahoo!  Mail   Make Y! your home page                Search:                                Web Search

  Welcome, **abgoodin**    Finance Home - Help    
              [Sign Out, My Account]

Welcome [Sign In]                                                    To track stocks & more, Register

## Financial News

Enter symbol(s) [      ]  Basic   [ Get ]  Symbol Lookup

Press Release                                                        Source: Wolf Popper LLP

# Wolf Popper Announces Filing of Securities Class Action Lawsuit Against Washington Mutual, Inc. - WM

Monday November 5, 2:18 pm ET

NEW YORK, Nov. 5 /PRNewswire/ -- Wolf Popper LLP has filed a class action lawsuit against Washington Mutual, Inc. ("Washington Mutual") (NYSE: WM - News) and certain of its officers and directors in the United States District Court for the Southern District of New York, on behalf of investors who purchased Washington Mutual common stock on the open market from July 19, 2006 through October 31, 2007 (the "Class Period"). This is the first action filed against Washington Mutual and alleges claims for securities fraud. The case has been assigned Civil Action No. 07 Civ. 9801.

The complaint charges that during the Class Period Washington Mutual improperly exerted pressure on a third-party appraisal firm, eAppraiseIT (a division of the First American Corporation), to inflate the appraised value of homes used as collateral for loans originated by Washington Mutual. Washington Mutual failed to disclose this scheme, which violated federal and state laws and regulations requiring an independent appraisal process. The inflated appraisals caused Washington Mutual's financial results to be misstated, including causing its loan assets to be overstated while its provision for doubtful accounts and reserves for loan losses were materially understated.

On October 17, 2007, Washington Mutual revealed that its anticipated fourth quarter 2007 writedowns of home loan assets would be $1.3 billion greater than previously disclosed. These writedowns were caused, at least in part, by the impairment of loan assets that were originated based on the inflated appraisals fraudulently orchestrated by the defendants. Between October 17 and October 31, Washington Mutual's stock price declined by $5.19 per share, or 15.6%.

On November 1, 2007, the Attorney General of the State of New York filed a lawsuit against First American Corporation and eAppraiseIT, alleging their complicity in a scheme to provide inflated appraisals to Washington Mutual. On November 1, 2007 and November 2, 2007, following the announcement of the NY AG's lawsuit against First American, Washington Mutual shares fell further, closing at $23.81 on November 2, 2007, down $4.07 per share, or 15%, from the October 31, 2007 closing price.

If you purchased or acquired Washington Mutual common stock during the Class Period, you may move the court no later than January 4, 2008, and request that the Court appoint you as lead plaintiff. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. To be appointed lead plaintiff, the Court must decide that your claim is typical of the claims of other class members, and that you will adequately represent the class. Your share in any recovery will not be enhanced or diminished by the decision whether or not to serve as a lead plaintiff.

Wolf Popper LLP has extensive experience representing shareholders in class actions and has successfully recovered billions of dollars for defrauded investors and shareholders. The reputation and expertise of the firm in shareholder and other class action litigation has been repeatedly recognized by the courts, which have appointed the firm to major positions in complex multi-district and consolidated litigations.

```
    For more information or to pursue your right to be appointed lead
plaintiff, please contact:

    Wolf Popper LLP
    James Harrod, Esq.
    845 Third Avenue
    New York, NY 10022
    Tel.: 212.759.4600 or 877.370.7703 (toll free)
    Fax: 212.486.2093 or 877.370.7704 (toll free)
    Email: irrep@wolfpopper.com
    website: www.wolfpopper.com

    Attorney Advertising -- Prior results do not guarantee a similar outcome
```

Source: Wolf Popper LLP

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 PR Newswire. All rights reserved. Republication or redistribution of PRNewswire content is expressly prohibited without the prior written consent of PRNewswire. PRNewswire shall not be liable for any errors or delays in the content, or for any actions taken in reliance thereon.