**CERTIFICATION RE: LEAD PLAINTIFF**

I, Lewis Finkelman, as Deputy Comptroller for Legal Affairs and General Counsel for the Office of the New York City Comptroller, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of the New York City Fire Department Pension Fund (hereinafter "Fire").

2. Fire did not purchase or acquire the securities of Washington Mutual Inc. ("WMI") at the direction of counsel or in order to participate in any private action under the federal securities laws.

3. I have reviewed the Class Action Complaint filed against WMI and others, captioned *Garber v. Washington Mutual Inc., et al.*, 07 Civ. 11422 (S.D.N.Y.), alleging violations of the securities laws on behalf of all those who purchased or otherwise acquired WMI securities from April 18, 2006 through and including December 10, 2007 (the "Class Period"). As of this date, Fire adopts these claims and Class Period .

4. Fire is willing to serve as lead plaintiff in these consolidated cases, including providing testimony at deposition and trial, if necessary.

5. Fire's transactions in the securities of WMI during the Class Period are identified in the annexed chart.

6. Fire has not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except in *In re Take Two Interactive Securities Litigation*, Civil Action No. 1:06-CV-00803-SWK (S.D.N.Y.) (appointed); *In re Countrywide Financial Corp. Securities Litigation*, C. 07-5295 (C.D. Cal.) (appointed); and *In re Juniper Networks, Inc. Securities Litigation*, No. C06-04327-JW (appointed).

7. Fire will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 4, 2008

LEWIS FINKELMAN
Deputy Comptroller for Legal Affairs and General Counsel for the Office of the New York City Comptroller

***New York City Fire Department Pension Fund***

***Washington Mutual Inc. Common Stock Transactions***

| Trade Date | Trans | Shares Bought | Shares Sold | Price / Share | (Cost) / Proceeds |
|---|---|---|---|---|---|
| 6/9/06 | Sell | | (170) | 45.64 | 7,750.06 |
| 6/12/06 | Buy | 3,000 | | 45.09 | (135,335.70) |
| 6/12/06 | Buy | 2,700 | | 45.05 | (121,665.51) |
| 6/30/06 | Sell | | (1,200) | 45.62 | 54,739.67 |
| 6/30/06 | Sell | | (4,300) | 45.64 | 196,242.96 |
| 6/30/06 | Sell | | (200) | 45.58 | 9,116.00 |
| 7/5/06 | Sell | | (3,700) | 45.88 | 169,658.65 |
| 7/20/06 | Buy | 400 | | 45.77 | (18,315.16) |
| 7/20/06 | Buy | 400 | | 45.79 | (18,321.44) |
| 7/24/06 | Sell | | (904) | 45.89 | 41,429.67 |
| 8/7/06 | Sell | | (513) | 45.09 | 23,108.44 |
| 9/26/06 | Buy | 300 | | 43.44 | (13,032.00) |
| 10/9/06 | Sell | | (4,400) | 43.52 | 191,397.20 |
| 10/10/06 | Buy | 23,500 | | 43.79 | (1,030,235.30) |
| 10/10/06 | Buy | 2,400 | | 43.6 | (104,724.00) |
| 10/10/06 | Sell | | (2,100) | 43.7 | 91,745.13 |
| 10/12/06 | Buy | 3,300 | | 43.6 | (144,045.33) |
| 10/13/06 | Buy | 400 | | 43.69 | (17,485.24) |
| 10/17/06 | Buy | 300 | | 43.64 | (13,095.99) |
| 11/3/06 | Buy | 1,700 | | 42.74 | (72,700.50) |
| 11/3/06 | Buy | 400 | | 42.41 | (16,972.00) |
| 11/14/06 | Buy | 600 | | 42.96 | (25,791.54) |
| 11/21/06 | Buy | 4,900 | | 42.9 | (210,430.50) |
| 11/21/06 | Buy | 2,700 | | 42.94 | (116,080.56) |
| 12/7/06 | Buy | 2,200 | | 44.4 | (97,691.00) |
| 12/19/06 | Buy | 1,500 | | 45.23 | (67,870.20) |
| 2/2/07 | Buy | 81,100 | | 45.57 | (3,697,170.58) |
| 2/7/07 | Sell | | (1,630) | 45.36 | 73,889.54 |
| 2/7/07 | Buy | 500 | | 45.36 | (22,685.50) |
| 2/9/07 | Buy | 1,150 | | 43.33 | (49,844.80) |
| 2/13/07 | Buy | 3,100 | | 44.49 | (137,988.44) |
| 2/14/07 | Buy | 2,600 | | 45.3 | (117,822.64) |
| 2/15/07 | Buy | 1,900 | | 45.01 | (85,555.29) |
| 2/16/07 | Buy | 1,900 | | 45.14 | (85,808.94) |
| 2/20/07 | Buy | 2,700 | | 45.42 | (122,693.13) |
| 2/27/07 | Sell | | (3,900) | 42.45 | 165,351.40 |
| 2/28/07 | Buy | 1,000 | | 43.13 | (43,153.00) |
| 2/28/07 | Sell | | (35,800) | 42.99 | 1,537,197.59 |
| 3/2/07 | Buy | 400 | | 42.86 | (17,147.00) |
| 3/6/07 | Buy | 16,900 | | 41.73 | (705,532.75) |
| 3/13/07 | Buy | 3,400 | | 40.98 | (139,416.32) |
| 3/30/07 | Sell | | (5,800) | 40.38 | 234,142.41 |
| 3/30/07 | Sell | | (4,100) | 40.38 | 165,500.11 |
| 4/12/07 | Buy | 400 | | 38.9 | (15,566.00) |
| 5/31/07 | Buy | 2,500 | | 43.71 | (109,275.00) |
| 6/22/07 | Sell | | (3,700) | 42.66 | 157,831.07 |

***New York City Fire Department Pension Fund***

***Washington Mutual Inc. Common Stock Transactions***

| Trade Date | Trans | Shares Bought | Shares Sold | Price / Share | (Cost) / Proceeds |
|---|---|---|---|---|---|
| 6/22/07 | Sell | | (5,500) | 42.65 | 234,555.46 |
| 6/26/07 | Sell | | (1,300) | 42.98 | 55,861.18 |
| 7/5/07 | Sell | | (36,900) | 43.26 | 1,595,657.03 |
| 8/3/07 | Sell | | (4,100) | 34.67 | 141,933.67 |
| 8/21/07 | Buy | 4,600 | | 37.69 | (173,471.52) |
| 9/12/07 | Buy | 700 | | 35.12 | (24,591.14) |
| 11/27/07 | Buy | 15,900 | | 17.27 | (274,860.12) |
| 11/30/07 | Buy | 717 | | 19.50 | (13,981.50) |
| 11/30/07 | Sell | | (2,150) | 20.62 | 44,306.95 |
| 11/30/07 | Sell | | (717) | 19.24 | 13,787.33 |

**CERTIFICATION RE: LEAD PLAINTIFF**

I, Lewis Finkelman, as Deputy Comptroller for Legal Affairs and General Counsel for the Office of the New York City Comptroller, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of the New York City Police Pension Fund (hereinafter "Police").

2. Police did not purchase or acquire the securities of Washington Mutual Inc. ("WMI") at the direction of counsel or in order to participate in any private action under the federal securities laws.

3. I have reviewed the Class Action Complaint filed against WMI and others, captioned *Garber v. Washington Mutual Inc., et al.*, 07 Civ. 11422 (S.D.N.Y.), alleging violations of the securities laws on behalf of all those who purchased or otherwise acquired WMI securities from April 18, 2006 through and including December 10, 2007 (the "Class Period"). As of this date, Police adopts these claims and Class Period.

4. Police is willing to serve as lead plaintiff in these consolidated cases, including providing testimony at deposition and trial, if necessary.

5. Police's transactions in the securities of WMI during the Class Period are identified in the annexed chart.

6. Police has not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except in *In re Take Two Interactive Securities Litigation*, Civil Action No. 1:06-CV-00803-SWK (S.D.N.Y.) (appointed); *In re Countrywide Financial Corp. Securities Litigation*, C. 07-5295 (C.D. Cal.) (appointed); and *In re Juniper Networks, Inc. Securities Litigation*, No. C06-04327-JW (appointed).

7. Police will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 4, 2008

LEWIS FINKELMAN
Deputy Comptroller for Legal Affairs and General Counsel for the Office of the New York City Comptroller

***New York City Police Pension Fund Article 2***

***Washington Mutual Inc. Common Stock Transactions***

| Trade Date | Trans | Shares Bought | Shares Sold | Price / Share | (Cost) / Proceeds |
|---|---|---|---|---|---|
| 4/18/06 | Buy | 1,100 | | 43.68 | (48,075.50) |
| 6/7/06 | Buy | 700 | | 45.04 | (31,542.00) |
| 6/12/06 | Buy | 12,400 | | 45.09 | (559,387.56) |
| 6/12/06 | Buy | 10,900 | | 45.05 | (491,168.17) |
| 6/30/06 | Sell | | (19,900) | 45.64 | 908,194.18 |
| 6/30/06 | Sell | | (700) | 45.58 | 31,906.00 |
| 6/30/06 | Sell | | (9,000) | 45.62 | 410,547.59 |
| 7/3/06 | Buy | 8,100 | | 45.99 | (372,567.60) |
| 7/20/06 | Buy | 1,600 | | 45.77 | (73,260.64) |
| 7/20/06 | Buy | 1,700 | | 45.79 | (77,866.12) |
| 9/26/06 | Buy | 1,100 | | 43.44 | (47,784.00) |
| 10/9/06 | Sell | | (18,100) | 43.52 | 787,338.48 |
| 10/10/06 | Buy | 63,600 | | 43.79 | (2,788,211.28) |
| 10/10/06 | Buy | 6,400 | | 43.6 | (279,264.00) |
| 10/10/06 | Sell | | (8,500) | 43.7 | 371,349.34 |
| 10/12/06 | Buy | 8,900 | | 43.6 | (388,485.89) |
| 10/13/06 | Buy | 1,200 | | 43.69 | (52,455.72) |
| 10/13/06 | Buy | 5,100 | | 43.84 | (223,658.97) |
| 11/3/06 | Buy | 1,200 | | 42.41 | (50,916.00) |
| 11/14/06 | Buy | 1,600 | | 42.96 | (68,777.44) |
| 11/21/06 | Buy | 7,300 | | 42.94 | (313,847.44) |
| 11/21/06 | Buy | 12,700 | | 42.9 | (545,401.50) |
| 12/11/06 | Buy | 2,800 | | 44.2 | (123,760.00) |
| 12/19/06 | Buy | 4,700 | | 45.23 | (212,659.96) |
| 1/25/07 | Buy | 300 | | 44.96 | (13,488.00) |
| 2/13/07 | Buy | 14,000 | | 44.49 | (623,173.60) |
| 2/14/07 | Buy | 11,900 | | 45.3 | (539,265.16) |
| 2/15/07 | Buy | 8,700 | | 45.01 | (391,753.17) |
| 2/16/07 | Buy | 8,300 | | 45.14 | (374,849.58) |
| 2/20/07 | Buy | 12,300 | | 45.42 | (558,935.37) |
| 2/27/07 | Buy | 30,200 | | 43.43 | (1,311,978.60) |
| 2/27/07 | Sell | | (10,700) | 42.45 | 453,656.42 |
| 2/28/07 | Sell | | (96,900) | 42.99 | 4,160,738.73 |
| 3/6/07 | Buy | 31,400 | | 41.73 | (1,310,871.50) |
| 3/13/07 | Buy | 17,400 | | 40.98 | (713,466.12) |
| 3/30/07 | Sell | | (16,480) | 40.38 | 665,229.73 |
| 3/30/07 | Sell | | (25,000) | 40.38 | 1,009,234.55 |
| 4/12/07 | Buy | 1,800 | | 38.9 | (70,047.00) |
| 4/13/07 | Buy | 15,700 | | 39.51 | (620,420.04) |
| 6/22/07 | Sell | | (22,000) | 42.65 | 938,221.84 |
| 6/22/07 | Sell | | (19,200) | 42.66 | 819,015.30 |
| 6/26/07 | Sell | | (5,300) | 42.98 | 227,714.72 |
| 8/21/07 | Buy | 18,200 | | 37.7 | (686,525.84) |
| 9/12/07 | Buy | 2,700 | | 35.12 | (94,851.54) |
| 11/27/07 | Buy | 78,200 | | 17.27 | (1,351,827.76) |

# CERTIFICATION RE: LEAD PLAINTIFF

I, Lewis Finkelman, as Deputy Comptroller for Legal Affairs and General Counsel for the Office of the New York City Comptroller, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of the New York City Police Superior Officers' Variable Supplements Fund (hereinafter "PSOVSF").

2. PSOVSF did not purchase or acquire the securities of Washington Mutual Inc. ("WMI") at the direction of counsel or in order to participate in any private action under the federal securities laws.

3. I have reviewed the Class Action Complaint filed against WMI and others, captioned *Garber v. Washington Mutual Inc., et al.*, 07 Civ. 11422 (S.D.N.Y.), alleging violations of the securities laws on behalf of all those who purchased or otherwise acquired WMI securities from April 18, 2006 through and including December 10, 2007 (the "Class Period"). As of this date, PSOVSF adopts these claims and Class Period.

4. PSOVSF is willing to serve as lead plaintiff in these consolidated cases, including providing testimony at deposition and trial, if necessary.

5. PSOVSF's transactions in the securities of WMI during the Class Period are identified in the annexed chart.

6. PSOVSF has not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except in *In re Juniper Networks, Inc. Securities Litigation*, No. C06-04327-JW (appointed).

7. PSOVSF will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 4, 2008

LEWIS FINKELMAN
Deputy Comptroller for Legal Affairs and General Counsel for the Office of the New York City Comptroller

***New York City Police Superior Officers Var. Supl. Fund***

***Washington Mutual Inc. Common Stock Transactions***

| Trade Date | Trans | Shares Bought | Shares Sold | Price / Share | (Cost) / Proceeds |
|---|---|---|---|---|---|
| 4/18/06 | Buy | 200 | | 43.68 | (8,741.00) |
| 6/30/06 | Sell | | (3,200) | 45.64 | 146,041.27 |
| 6/30/06 | Sell | | (100) | 45.58 | 4,558.00 |
| 9/26/06 | Buy | 100 | | 43.44 | (4,344.00) |
| 11/3/06 | Buy | 2,700 | | 42.74 | (115,465.50) |
| 12/11/06 | Sell | | (1,200) | 44.32 | 53,164.36 |
| 12/11/06 | Sell | | (2,300) | 44.2 | 101,660.00 |
| 1/25/07 | Buy | 100 | | 44.96 | (4,496.00) |
| 3/13/07 | Buy | 2,000 | | 40.98 | (82,007.00) |
| 3/30/07 | Sell | | (2,600) | 40.38 | 104,951.29 |
| 4/12/07 | Buy | 1,100 | | 38.9 | (42,806.50) |
| 6/22/07 | Sell | | (3,500) | 42.65 | 149,262.56 |
| 8/21/07 | Buy | 3,000 | | 37.7 | (113,174.40) |
| 9/12/07 | Buy | 400 | | 35.12 | (14,052.08) |

**CERTIFICATION RE: LEAD PLAINTIFF**

I, Lewis Finkelman, as Deputy Comptroller for Legal Affairs and General Counsel for the Office of the New York City Comptroller, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of the New York City Fire Officers' Variable Supplements Fund (hereinafter "FOVSF").

2. FOVSF did not purchase or acquire the securities of Washington Mutual Inc. ("WMI") at the direction of counsel or in order to participate in any private action under the federal securities laws.

3. I have reviewed the Class Action Complaint filed against WMI and others, captioned *Garber v. Washington Mutual Inc., et al.*, 07 Civ. 11422 (S.D.N.Y.), alleging violations of the securities laws on behalf of all those who purchased or otherwise acquired WMI securities from April 18, 2006 through and including December 10, 2007 (the "Class Period"). As of this date, FOVSF adopts these claims and Class Period.

4. FOVSF is willing to serve as lead plaintiff in these consolidated cases, including providing testimony at deposition and trial, if necessary.

5. FOVSF's transactions in the securities of WMI during the Class Period are identified in the annexed chart.

6. FOVSF has not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except in *In re Juniper Networks, Inc. Securities Litigation*, No. C06-04327-JW (appointed).

7. FOVSF will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

2100 / MISC / 00085964.WPD v1

I declare that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 4, 2008

LEWIS FINKELMAN
Deputy Comptroller for Legal Affairs and General Counsel for the Office of the New York City Comptroller

***New York City Fire Officers Var. Supl. Fund***

***Washington Mutual Inc. Common Stock Transactions***

| Trade Date | Trans | Shares Bought | Shares Sold | Price / Share | (Cost) / Proceeds |
|---|---|---|---|---|---|
| 6/16/06 | Sell | | (367) | 44.54 | 16,347.51 |
| 7/25/06 | Buy | 100 | | 45.51 | (4,552.00) |
| 10/6/06 | Buy | 100 | | 43.46 | (4,347.00) |
| 10/6/06 | Buy | 100 | | 43.46 | (4,347.00) |
| 10/6/06 | Sell | | (100) | 43.32 | 4,331.86 |
| 1/26/07 | Sell | | (200) | 45.31 | 9,059.72 |
| 3/16/07 | Sell | | (717) | 39.88 | 28,596.67 |
| 3/26/07 | Buy | 500 | | 41.45 | (20,730.00) |
| 6/15/07 | Sell | | (300) | 43.08 | 12,922.75 |

**CERTIFICATION RE: LEAD PLAINTIFF**

I, Lewis Finkelman, as Deputy Comptroller for Legal Affairs and General Counsel for the Office of the New York City Comptroller, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of the New York City Police Officers' Variable Supplements Fund (hereinafter "POVSF").

2. POVSF did not purchase or acquire the securities of Washington Mutual Inc. ("WMI") at the direction of counsel or in order to participate in any private action under the federal securities laws.

3. I have reviewed the Class Action Complaint filed against WMI and others, captioned *Garber v. Washington Mutual Inc., et al.*, 07 Civ. 11422 (S.D.N.Y.), alleging violations of the securities laws on behalf of all those who purchased or otherwise acquired WMI securities from April 18, 2006 through and including December 10, 2007 (the "Class Period"). As of this date, POVSF adopts these claims and Class Period.

4. POVSF is willing to serve as lead plaintiff in these consolidated cases, including providing testimony at deposition and trial, if necessary.

5. POVSF's transactions in the securities of WMI during the Class Period are identified in the annexed chart.

6. POVSF has not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except in *In re Juniper Networks, Inc. Securities Litigation*, No. C06-04327-JW (appointed).

7. POVSF will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 4, 2008

LEWIS FINKELMAN
Deputy Comptroller for Legal Affairs and General Counsel for the Office of the New York City Comptroller

***New York City Police Officers Var. Supl. Fund***

***Washington Mutual Inc. Common Stock Transactions***

| Trade Date | Trans | Shares Bought | Shares Sold | Price / Share | (Cost) / Proceeds |
|---|---|---|---|---|---|
| 4/18/06 | Buy | 200 | | 43.68 | (8,741.00) |
| 6/30/06 | Sell | | (3,100) | 45.64 | 141,477.48 |
| 6/30/06 | Sell | | (100) | 45.58 | 4,558.00 |
| 9/26/06 | Buy | 100 | | 43.44 | (4,344.00) |
| 11/3/06 | Buy | 1,100 | | 42.74 | (47,041.50) |
| 12/11/06 | Sell | | (500) | 44.2 | 22,100.00 |
| 3/30/07 | Sell | | (2,560) | 40.38 | 103,336.65 |
| 4/12/07 | Buy | 2,000 | | 38.9 | (77,830.00) |
| 6/22/07 | Sell | | (3,400) | 42.65 | 144,997.92 |
| 8/21/07 | Buy | 2,900 | | 37.68 | (109,337.54) |
| 9/12/07 | Buy | 500 | | 35.17 | (17,594.80) |

**CERTIFICATION RE: LEAD PLAINTIFF**

I, Lewis Finkelman, as Deputy Comptroller for Legal Affairs and General Counsel for the Office of the New York City Comptroller, hereby certify as follows:

1. I am fully authorized to enter into and execute this Certification on behalf of the New York City Firefighters' Variable Supplements Fund (hereinafter "FFVSF").

2. FFVSF did not purchase or acquire the securities of Washington Mutual Inc. ("WMI") at the direction of counsel or in order to participate in any private action under the federal securities laws.

3. I have reviewed the Class Action Complaint filed against WMI and others, captioned *Garber v. Washington Mutual Inc., et al.*, 07 Civ. 11422 (S.D.N.Y.), alleging violations of the securities laws on behalf of all those who purchased or otherwise acquired WMI securities from April 18, 2006 through and including December 10, 2007 (the "Class Period"). As of this date, FFVSF adopts these claims and Class Period.

4. FFVSF is willing to serve as lead plaintiff in these consolidated cases, including providing testimony at deposition and trial, if necessary.

5. FFVSF's transactions in the securities of WMI during the Class Period are identified in the annexed chart.

6. FFVSF has not sought to serve as a lead plaintiff in any class action under the federal securities laws during the last three years, except in *In re Juniper Networks, Inc. Securities Litigation*, No. C06-04327-JW (appointed).

7. FFVSF will not accept payment for serving as a lead plaintiff beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: January 4, 2008

LEWIS FINKELMAN
Deputy Comptroller for Legal Affairs and General Counsel for the Office of the New York City Comptroller

***New York City Firefighters Var. Supl. Fund***

***Washington Mutual Inc. Common Stock Transactions***

| Trade Date | Trans | Shares Bought | Shares Sold | Price / Share | (Cost) / Proceeds |
|---|---|---|---|---|---|
| 6/30/06 | Sell | | (1,000) | 45.62 | 45,616.39 |
| 8/24/06 | Buy | 300 | | 43.71 | (13,115.01) |
| 10/6/06 | Buy | 100 | | 43.26 | (4,327.00) |
| 10/6/06 | Buy | 100 | | 43.27 | (4,328.00) |
| 11/21/06 | Buy | 100 | | 42.91 | (4,292.00) |
| 12/22/06 | Buy | 800 | | 45.51 | (36,416.00) |
| 3/30/07 | Sell | | (2,300) | 40.38 | 92,849.57 |
| 6/22/07 | Sell | | (500) | 42.66 | 21,328.52 |
| 6/25/07 | Buy | 100 | | 42.7 | (4,271.00) |
| 10/3/07 | Buy | 800 | | 36.29 | (29,036.96) |