**NYCERS**
**Summary of Analyses: Last-In First-Out ("LIFO") Share Accounting**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| System: | FFVSF | FIRE | FOVSF | POLICE | POVSF | PSOVSF | Total |
|---|---|---|---|---|---|---|---|
| **Trading Analysis** | | | | | | | |
| Shares Held @ 04/18/2006 | 18,801 | 118,483 | 13,074 | 424,348 | 35,119 | 36,056 | 645,881 |
| Class Period Purchases | | | | | | | |
| Shares | 2,300 | 192,167 | 800 | 404,200 | 6,800 | 9,600 | 615,867 |
| Dollars | $ 95,785.97 | $ 8,060,355.64 | $ 33,976.00 | $ 15,410,543.07 | $ 264,888.84 | $ 385,086.48 | $ 24,250,636.00 |
| Class Period Sales | | | | | | | |
| Shares | 3,800 | 123,084 | 1,684 | 251,780 | 9,660 | 12,900 | 402,908 |
| Dollars | $ 159,794.48 | $ 5,205,201.52 | $ 71,258.51 | $ 10,783,146.88 | $ 416,470.05 | $ 559,637.48 | $ 17,195,508.92 |
| Shares Held 12/10/2007 | 17,301 | 187,566 | 12,190 | 576,768 | 32,259 | 32,756 | 858,840 |
| "Lookback Period" Sales (1) | | | | | | | |
| Shares | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dollars | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Shares Held @ 12/31/2007 (2) | 17,301 | 187,566 | 12,190 | 576,768 | 32,259 | 32,756 | 858,840 |
| **Net Expenditure Analysis** | | | | | | | |
| Net Class Period Purchases (Sales) (1) | | | | | | | |
| Shares | (1,500) | 69,083 | (884) | 152,420 | (2,860) | (3,300) | 212,959 |
| **Dollars Net Expenditures (Net Proceeds)** | **$ (64,008.51)** | **$ 2,855,154.12** | **$ (37,282.51)** | **$ 4,627,396.19** | **$ (151,581.21)** | **$ (174,551.00)** | **$ 7,055,127.08** |
| Net Class Period + "Lookback Period" Purchases (Sales) (1) | | | | | | | |
| Shares | (1,500) | 69,083 | (884) | 152,420 | (2,860) | (3,300) | 212,959 |
| **Dollars Net Expenditures (Net Proceeds)** | **$ (64,008.51)** | **$ 2,855,154.12** | **$ (37,282.51)** | **$ 4,627,396.19** | **$ (151,581.21)** | **$ (174,551.00)** | **$ 7,055,127.08** |
| **Gain (Loss) Analysis** | | | | | | | |
| **Gain (Loss) on Class Period Purchases (3)** | **$ (26,077.41)** | **$ (2,100,364.62)** | **$ (4,730.24)** | **$ (2,694,162.08)** | **$ (70,277.97)** | **$ (70,633.36)** | **$ (4,966,245.68)** |

Notes:
(1) Sales attributable to Pre-Class Period Holdings and Class Period Purchases only; Figures may not be equal under FIFO and LIFO as under LIFO, post-Class Period sales are first allocated to post-Class Period purcha
(2) Holdings attributable to Pre-Class Period Holding and Class Period Purchases only; Figures may not be equal under FIFO and LIFO as under LIFO, post-Class Period sales are first allocated to post-Class Period purc
(3) Class Period Purchases held as of 12/31/2007 valued at $14.6571, the average closing price of Washington Mutual, Inc. Common Stock common stock between 12/11/2007 and 12/31/2007 (21-Day 'Lookback Period'

**NYCERS**
**Summary of Analyses: First-In First-Out ("FIFO") Share Accounting**
**Washington Mutual, Inc. Common Stock**
**Class Period: April 18, 2006 - December 10, 2007**

| System: | FFVSF | FIRE | FOVSF | POLICE | POVSF | PSOVSF | Total |
|---|---|---|---|---|---|---|---|
| **Trading Analysis** | | | | | | | |
| Shares Held @ 04/18/2006 | 18,801 | 118,483 | 13,074 | 424,348 | 35,119 | 36,056 | 645,881 |
| Class Period Purchases | | | | | | | |
| Shares | 2,300 | 192,167 | 800 | 404,200 | 6,800 | 9,600 | 615,867 |
| Dollars | $ 95,785.97 | $ 8,060,355.64 | $ 33,976.00 | $ 15,410,543.07 | $ 264,888.84 | $ 385,086.48 | $ 24,250,636.00 |
| Class Period Sales | | | | | | | |
| Shares | 3,800 | 123,084 | 1,684 | 251,780 | 9,660 | 12,900 | 402,908 |
| Dollars | $ 159,794.48 | $ 5,205,201.52 | $ 71,258.51 | $ 10,783,146.88 | $ 416,470.05 | $ 559,637.48 | $ 17,195,508.92 |
| Shares Held 12/10/2007 | 17,301 | 187,566 | 12,190 | 576,768 | 32,259 | 32,756 | 858,840 |
| "Lookback Period" Sales (1) | | | | | | | |
| Shares | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dollars | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Shares Held @ 12/31/2007 (2) | 17,301 | 187,566 | 12,190 | 576,768 | 32,259 | 32,756 | 858,840 |
| **Net Expenditure Analysis** | | | | | | | |
| Net Class Period Purchases (Sales) (1) | | | | | | | |
| Shares | (1,500) | 69,083 | (884) | 152,420 | (2,860) | (3,300) | 212,959 |
| **Dollars Net Expenditures (Net Proceeds)** | **$ (64,008.51)** | **$ 2,855,154.12** | **$ (37,282.51)** | **$ 4,627,396.19** | **$ (151,581.21)** | **$ (174,551.00)** | **$ 7,055,127.08** |
| Net Class Period + "Lookback Period" Purchases (Sales) (1) | | | | | | | |
| Shares | (1,500) | 69,083 | (884) | 152,420 | (2,860) | (3,300) | 212,959 |
| **Dollars Net Expenditures (Net Proceeds)** | **$ (64,008.51)** | **$ 2,855,154.12** | **$ (37,282.51)** | **$ 4,627,396.19** | **$ (151,581.21)** | **$ (174,551.00)** | **$ 7,055,127.08** |
| **Gain (Loss) Analysis** | | | | | | | |
| **Gain (Loss) on Class Period Purchases (3)** | **$ (62,074.54)** | **$ (5,193,052.15)** | **$ (22,250.29)** | **$ (9,486,125.93)** | **$ (165,220.27)** | **$ (244,377.91)** | **$ (15,173,101.08)** |

Notes:
(1) Sales attributable to Pre-Class Period Holdings and Class Period Purchases only; Figures may not be equal under FIFO and LIFO as under LIFO, post-Class Period sales are first allocated to post-Class Period purcha
(2) Holdings attributable to Pre-Class Period Holding and Class Period Purchases only; Figures may not be equal under FIFO and LIFO as under LIFO, post-Class Period sales are first allocated to post-Class Period purc
(3) Class Period Purchases held as of 12/31/2007 valued at $14.6571, the average closing price of Washington Mutual, Inc. Common Stock common stock between 12/11/2007 and 12/31/2007 (21-Day 'Lookback Period'