# Exhibit 5

Upon attempting to transmit a portable data format copy of the Complaint in this matter for filing on the Court's ECF system, the system indicated that the document was security protected and was unable to be accessed.

A copy of the Complaint may be found at http://csgrr.com/cases/wamu/complaint.pdf (last visited January 4, 2008).