IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DENNIS KOESTERER, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>     vs.<br><br>WASHINGTON MUTUAL, INC., KERRY K. KILLINGER, DAVID C. SCHNEIDER, and THOMAS W. CASEY,<br><br>        Defendants. | Electronically Filed<br><br>Civil Action No. 1:07-CV-09801-CM<br><br>(ECF Case) |

[Captions continued on the following page]

NOTICE OF WITHDRAWAL OF MOTION
OF THE WAMU INSTITUTIONAL INVESTOR GROUP TO
CONSOLIDATE ACTIONS, TO BE APPOINTED LEAD PLAINTIFF AND FOR
<u>APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL</u>


GRANT & EISENHOFER P.A.
Jay W. Eisenhofer (JW-5503)
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel: (646) 722-8500
Fax: (646) 722-8501

 and

GRANT & EISENHOFER P.A
Geoffrey C. Jarvis (GJ-7040)
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100

SCHIFFRIN BARROWAY
 TOPAZ & KESSLER, LLP
Sean M. Handler
Darren J. Check
280 King of Prussia Road
Radnor, PA 10987
Tel: (610) 667-7706
Fax: (610) 667-7056

*Counsel for the WaMu Institutional Investor Group*

| | |
|---|---|
| JOEL ABRAMS and BRIAN ROFFE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>WASHINGTON MUTUAL, INC., KERRY K. KILLINGER, STEPHEN J. ROTELLA, and THOMAS W. CASEY,<br><br>      Defendants. | Civil Action No. 1:07-CV-09806-AKH |
| ROBERT L. GARBER, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    vs.<br><br>WASHINGTON MUTUAL, INC., KERRY K. KILLINGER, STEPHEN J. ROTELLA, and THOMAS W. CASEY,<br><br>      Defendants. | Civil Action No. 1:07-CV-11422-UA |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the City of Philadelphia Board of Pensions and Retirement Alamada County Employees' Retirement Association, Metzler Asset Management GmbH, and Helaba Invest Kapitalanlagegesellschaft mbH, (collectively, the "WaMu Institutional Investor Group") hereby withdraw their motion to consolidate actions, to be appointed lead plaintiff and for approval of lead plaintiff's selection of lead counsel originally filed with this Court on January 4, 2008.  Nevertheless, should the need arise, the WaMu Institutional Investor Group respectfully requests the Court to consider its motion as it remains willing to serve in a leadership or representative capacity on behalf of the class.

This withdrawal is made without prejudice to the rights of the WaMu Institutional Investor Group to participate in this action as a member of the proposed class and to share in any settlement or recovery.

Dated: January 18, 2007                    Respectfully submitted,

                                            /s Geoffrey C. Jarvis
                                           Jay W. Eisenhofer (JW-5503)
                                           GRANT & EISENHOFER P.A.
                                           485 Lexington Avenue, 29th Floor
                                           New York, NY 10017
                                           Tel:    (646) 722-8500
                                           Fax:    (646) 722-8501

                                           -  and -

                                           Geoffrey C. Jarvis (GJ-7040)
                                           GRANT & EISENHOFER P.A
                                           Chase Manhattan Centre
                                           1201 N. Market Street
                                           Wilmington, DE 19801
                                           Tel:    (302) 622-7000
                                           Fax:    (302) 622-7100

                                        SCHIFFRIN BARROWAY
                                           TOPAZ & KESSLER, LLP
Sean M. Handler
Darren J. Check
280 King of Prussia Road
Radnor, PA 10987
Tel:         (610) 667-7706
Fax:   (610) 667-7056

OF COUNSEL:

Alexander Reuss
Diaz Reuss Rolff & Targ LLP
GLOBAL EXPANSION GROUP
Bank of America Tower at
International Pl.
100 SE Second Street, Suite 2610
Tel:   (786) 235-5000
Fax:  (786) 235-5005

*Counsel for the WaMu Institutional
Investor Group*

## CERTIFICATE OF SERVICE

The undersigned, Counsel for the WaMu Institutional Investor Group, hereby certifies that on this date, a copy of the foregoing notice was served on all counsel registered for ECF service on the above docket.

| | |
|---|---|
| Date: January 18, 2008 | GRANT & EISENHOFER P.A.<br>/s/ Geoffrey C. Jarvis<br>Geoffrey C. Jarvis<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 2100<br>Wilmington, DE 19801<br>Telephone: (302) 622-7000 |