AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern          DISTRICT OF          New York

Joel Abrams, et al.

vs.

Washington Mutual, Inc., et al.

APPEARANCE

Case Number:  07 Civ. 9806 (AKH)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Washington Mutual, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 1/18/2008 | *(signature)* |
| Date | Signature |
| | Robert J. Pfister    RJP-8775 |
| | Print Name    Bar Number |
| | 1999 Avenue of the Stars, Suite 2900 |
| | Address |
| | Los Angeles    CA    90067 |
| | City    State    Zip Code |
| | (310) 407-7500    (310) 407-7502 |
| | Phone Number    Fax Number |

## CERTIFICATE OF SERVICE

I, Farrah Faverey, hereby certify that on this 18th day of January, 2008, I caused true and correct copies of:

STATEMENT CONCERNING MOTIONS TO APPOINT LEAD PLAINTIFF, APPROVE PLAINTIFF'S COUNSEL AND CONSOLIDATE

NOTICE OF APPEARANCE FOR MARY KAY VYSKOCIL

NOTICE OF APPEARANCE FOR ROBERT J. PFISTER

to be served in the following matters:

*Garber, et al vs. Washington Mutual, et al* (Case No. 07 Civ. 11422 - SDNY)

*Koesterer, et al vs. Washington Mutual, Inc., et al* (Case No. 07 Civ. 9801 - SDNY)

*Abrams, et al vs. Washington Mutual, Inc., et al* (Case No. 07 Civ. 9806 - SDNY)

by ECF to the Southern District of New York and by Federal Express upon the parties in the attached service list.

_____
Farrah Faverey

| | | |
|---|---|---|
| **Joel Abrams**<br>*individually and on behalf of all others similarly situated*<br><br>**Brian Roffe**<br>*Individually and on behalf of all others similarly situated* | represented by | **Darren J. Robbins**<br>Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>(619) 231-1058<br><br>**David C. Walton**<br>Coughlin Stoia Geller Rudman & Robbins, LLP<br>655 W. Broadway, Suite 1900<br>San Diego, CA 92101-3301<br>(619) 231-1058<br><br>**Jack Gerald Fruchter**<br>Abraham Fruchter & Twersky LLP<br>One Penn Plaza, Suite 2805<br>New York, NY 10119<br>(212) 279-5050<br><br>**Samuel Howard Rudman**<br>Coughlin Stoia Geller Rudman & Robbins, LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>(631) 367-7100 |
| **Robert L. Garber**<br>*individually and on behalf of all others similarly situated* | represented by | **Alfred G. Yates, Jr.**<br>519 Allegheny Building<br>429 Forbes Avenue<br>Pittsburgh, PA 15219<br>(412) 391-5164<br><br>**Evan J Smith**<br>Brodsky & Smith, L.L.C.<br>240 Mineola Blvd.<br>Mineola, NY 11501<br>(516) 741-4977 |

| | | |
|---|---|---|
| **Dennis Koesterer** *on behalf of himself and all others similarly situated* | represented by | **James Abram Harrod, III** Wolf Popper LLP 845 Third Avenue New York, NY 10022 (212) 759-4600 **Robert Craig Finkel** Wolf Popper LLP 845 Third Avenue New York, NY 10022 (212) 759-4600 |
| **Massachusetts Pension Reserve Investment Management Board** | represented by | **Richard A Speirs** Zwerling, Schachter & Zwerling 41 Madison Avenue New York, NY 10010 (212) 223-3900 |
| **New York City Police and Fire Pension Funds** | represented by | **Peter Dexter St. Philip, Jr** Lowey Dannenberg Bemporad Selinger & Cohen, P.C.,(WP) White Plains Plaza 1 North Broadway, 5th Floor White Plains, NY 10601 (914) 997-0500 |
| **Ontario Teachers Pension Plan Board** | represented by | **Gerald Harlan Silk** Bernstein Litowitz Berger & Grossmann LLP 1285 Avenue of the Americas New York, NY 10019 (212) 554 1282 |
| **Burton Rosenfield** | represented by | **Nancy Kaboolian** Abbey Spanier Rodd Abrams & Paradis, LLP 212 East 39th Street New York, NY 10016 (212) 889-3700 |
| **WaMu Institutional Investor Group**, *et al* | represented by | **Geoffrey Coyle Jarvis** Grant & Eisenhofer, PA (DE) Chase Manhattan Centre 1201 North Market Street Wilmington, DE 19801 (302) 622-7040 |